**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

SAI DAHN 6767 LLC,

      Plaintiff,

      v.

STATE FARM FIRE AND CASUALTY
COMPANY, a foreign corporation,

      Defendant.

CIVIL ACTION NO.: 4:25-cv-262

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendant, stipulating to the dismissal of this case with prejudice. (Doc. 32.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 19th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA